UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ILIANA PEREZ, et al.,

    Plaintiffs,

v.

DISCOVER BANK,

    Defendant.

Case No. 20-cv-06896-SI

**ORDER RE AUGUST 27, 2021 HEARING ON DEFENDANT'S MOTION TO COMPEL ARBITRATION**

The Court will hear oral argument on defendant Discover Bank's motion to compel arbitration on August 27, 2021.

The parties shall be prepared to discuss the application of the following caselaw to defendant's motion to compel arbitration:

- *John Wiley & Sons v. Livingston*, 376 U.S. 543, 557-58 (1964) ("Once it is determined . . . that the parties are obligated to submit the subject matter of a dispute to arbitration, 'procedural' questions which grow out of the dispute and bear on its final disposition should be left to the arbitrator.");

- *Howsam v. Dean Witter Reynolds, Inc.*, 537 U.S. 79, 84 (2002) ("the presumption is that the arbitrator should decide allegation[s] of waiver, delay, or a like defense to arbitrability.") (internal quotation and citation omitted);

- *Retail Delivery Drivers, Driver Salesman, Produce Workers & Helpers Local 588 v. Servomation Corp.*, 717 F.2d 475, 477 (9th Cir. 1983) ("[*Wiley*] and later cases suggest a number of reasons for passing an entire dispute to the arbitrator, principal among them being the desirability of deferring to someone familiar with the practices in the industry and the avoidance of duplication and delay.");

- *Pack Concrete, Inc. v. Cunningham*, 866 F.2d 283, 285-86 (9th Cir. 1989) ("interpreting the issue submitted often requires construction of the agreement itself, a job clearly for the arbitrator.").

**IT IS SO ORDERED**.

Dated: August 23, 2021

_____
SUSAN ILLSTON
United States District Judge