# Exhibit A

Thomas A. Saenz (SBN 159430)
Belinda Escobosa Helzer (SBN 214178)
Deylin O. Thrift-Viveros (SBN 306873)
MEXICAN AMERICAN LEGAL
DEFENSE AND EDUCATIONAL FUND
634 S. Spring Street, 11th Floor
Los Angeles, CA 90014
Telephone: (213) 629-2512
Facsimile: (213) 629-0266
Email: tsaenz@maldef.org;
bescobosa@maldef.org; dthrift-viveros@maldef.org

Ossai Miazad (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
om@outtengolden.com

Mikael Rojas (SBN 309626)
OUTTEN & GOLDEN LLP
601 Mass. Ave. NW, Suite 200W
Washington, D.C. 20001
Telephone: (202) 847-4400
Facsimile: (646) 509-2008
mrojas@outtengolden.com

*Attorneys for Plaintiffs and the Plaintiff Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ILIANA PEREZ, an individual, FLAVIO GUZMAN MAGAÑA, an individual, and JOSUE JIMENEZ MAGAÑA, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DISCOVER BANK, a Delaware corporation,<br>Defendant. | Case No. 3:20-cv-06896-SI<br><br>**DECLARATION OF ILIANA PEREZ IN SUPPORT OF MOTION FOR LEAVE FOR MOTION FOR PARTIAL RECONSIDERATION**<br>**[N.D. CAL. L.R. 7-9]**<br><br>Judge: Susan Illston<br>Hearing Date: November 19, 2021<br>Time: 10:00 a.m. |

## DECLARATION OF ILIANA PEREZ

I, Iliana Perez, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a plaintiff in this action.

2. I have personal knowledge of the facts set forth in this declaration and, if called as a witness to testify, could competently testify thereto.

3. Following the August 27, 2021, oral argument in which Discover Bank's counsel conceded I could still opt out of the Discover Bank arbitration agreement, I sent a letter to Discover Bank on September 16, 2021, to the address provided in the arbitration agreement for opting out via the United States Postal Service. In the letter, I rejected the arbitration agreement. A true and correct copy of that letter is submitted as Exhibit C to the Motion for Leave to File Partial Motion for Reconsideration.

4. Before this oral argument, Discover Bank had not indicated to me that I was still within the opt-out period. The wording of the arbitration agreement had led me to believe that I was not able to opt out, since my loan application was denied and no loan had ever been "consummated."

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:     October 14, 2021

/s/ *Iliana Perez*
Iliana Perez