# Exhibit C

Iliana Perez
1882 Porter Way
Turlock, CA 95380
Cell: (209) 648-5964
Ili.gperez@gmail.com

September 15, 2021

Discover Student Loans
PO Box 30938
Salt Lake City, UT 84130-0938

To whom it may concern:

I wish to reject the Arbitration Agreement contained in the application I submitted on August 2, 2018. This is in reference to a loan I did not receive.

Regards,

*[signature]*

Iliana Perez