# Exhibit D

1   Thomas A. Saenz (SBN 159430)                Mikael Rojas (SBN 309626)
2   Belinda Escobosa Helzer (SBN 214178)        OUTTEN & GOLDEN LLP
    Deylin O. Thrift-Viveros (SBN 306873)       601 Mass. Ave. NW, Suite 200W
3   MEXICAN AMERICAN LEGAL                       Washington, D.C. 20001
    DEFENSE AND EDUCATIONAL FUND                 Telephone: (202) 847-4400
4   634 S. Spring Street, 11th Floor             Facsimile: (646) 509-2008
    Los Angeles, CA 90014                        mrojas@outtengolden.com
5   Telephone: (213) 629-2512
    Facsimile: (213) 629-0266
6   Email:  tsaenz@maldef.org;
    bescobosa@maldef.org; dthrift-
7   viveros@maldef.org

8
    Ossai Miazad (admitted *pro hac vice*)
9   OUTTEN & GOLDEN LLP
    685 Third Avenue, 25th Floor
10  New York, NY 10017
    Telephone: (212) 245-1000
11  Facsimile:  (646) 509-2060
    om@outtengolden.com
12

13  *Attorneys for Plaintiffs and the Plaintiff Class*

14

15

16                **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
17                  **SAN FRANCISCO DIVISION**

18  ILIANA PEREZ, an individual, FLAVIO        Case No. 3:20-cv-06896-SI
    GUZMAN MAGAÑA, an individual, and
19  JOSUE JIMENEZ MAGAÑA, an individual,       **DECLARATION OF DEYLIN THRIFT-
    on behalf of themselves and all others     VIVEROS IN SUPPORT OF PLAINTIFF'S
20  similarly situated,                         MOTION FOR LEAVE TO FILE MOTION
                                                FOR PARTIAL RECONSIDERATION**
21                                              **[N.D. CAL. L.R. 7-9]**
                            Plaintiffs,
22                                              Judge: Susan Illston
        vs.                                     Hearing Date: November 19, 2021
23                                              Time: 10:00 a.m.
    DISCOVER BANK, a Delaware corporation,
24                        Defendant.

25

26

27

28

PLAINTIFF'S MOTION FOR LEAVE TO FILE
                                            MOTION FOR RECONSIDERATION

## DECLARATION OF DEYLIN THRIFT-VIVEROS

I, Deylin Thrift-Viveros, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am an attorney licensed to practice in the United States District Court, Northern District of California.  I am an attorney with the Mexican American Legal Defense and Educational Fund, and am Plaintiffs' counsel in this case.

2.      I have personal knowledge of the facts set forth in this declaration and, if called as a witness to testify, could competently testify thereto.

3.      I make this declaration in connection with Plaintiff Iliana Perez's Motion for Leave to File Partial Motion for Reconsideration ("Motion").

4.      At the August 27, 2021, oral argument regarding Defendant Discover Bank's Motion to Compel Arbitration, Dkt. No. 24, Discover Bank stated for the first time that Ms. Perez could effectively opt out of its arbitration agreement.

5.      Up until the oral argument, Discover Bank had proceeded in this litigation as if Ms. Perez had no right to opt out of its arbitration agreement, including by filing a contested motion to compel her to arbitration against her will and never explaining to Plaintiffs' counsel that such motion practice could have been easily avoided.

6.      After oral argument, on September 16, 2021, Ms. Perez opted out of Discover Bank's arbitration agreement.

7.      Ms. Perez provided Discover Bank with the opportunity to acknowledge and honor her opt out letter before raising her opt out with the Court.  Ms. Perez acted with reasonable diligence in allowing Discover Bank the opportunity to respond to her opt out letter instead of, for example, writing to the Court with incomplete information about her opt out request at the time she submitted it.

8.      However, before she received a response to her opt out letter from Discover Bank,

-2-

PLAINTIFF'S MOTION FOR LEAVE TO FILE
MOTION FOR RECONSIDERATION

the Court entered its Arbitration Order on September 23, 2021, compelling her to arbitration under Discover Bank's arbitration agreement and staying the litigation as to Ms. Perez's claims pending the resolution of the arbitration.  Dkt. No. 51.

9.     Still not having received a response to Ms. Perez's opt out letter, on September 24, 2021, I emailed Discover Bank's counsel to request confirmation that Discover Bank would honor Ms. Perez's opt out request, providing Discover Bank two weeks, or until October 8, 2021, to provide such a response.  A true and correct copy of that email and related correspondence is submitted as Exhibit E to the Motion.

10.     In doing so, Ms. Perez sought to avoid unnecessary motion practice, believing that Discover Bank, in light of its concessions at oral argument, would honor the opt out request.

11.     Having not received a response from Discover Bank, on October 12, 2021, I emailed counsel for Discover Bank following up on my earlier correspondence.  On October 13, 2021, counsel for Discover Bank responded that Discover Bank did not intend to honor any opt out request from Ms. Perez.  The email correspondence documenting my October 12, 2021 message and Discover Bank's response is submitted as Exhibit F to the Motion.

12.     I declare under the penalty of perjury that the foregoing is true and correct.

Dated:     October 13, 2021
            Los Angeles, California

Deylin Thrift-Viveros
**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**
634 S. Spring Street, 11th Floor
Los Angeles, CA 90014
Telephone: (213) 629-2512
Facsimile: (213) 629-0266
Email: dthrift-viveros@maldef.org

-3-

PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION
Case No. 3:20-cv-06896-SI

-4-

PLAINTIFF'S MOTION FOR LEAVE TO FILE
MOTION FOR RECONSIDERATION