# Exhibit E




**National Headquarters**
MALDEF Nonprofit Center
634 S. Spring Street, 12th Fl.
Los Ángeles, CA 90014
*TEL:* 213.629.2512
*Fax:* 213.629.0266

**Atlanta Program Office**
34 Peachtree Street, NW
Suite 2500
Atlanta, GA 30303
*Tel:* 678.559.1071
*Fax:* 678.559.1079

**Chicago Regional Office**
11 East Adams Street
Suite 700
Chicago, IL 60603
*TEL:* 312.427.0701
*Fax:* 312.427.0691

**Los Angeles Regional Office**
634 S. Spring Street, 11th Fl.
Los Angeles, CA 90014
*TEL:* 213.629.2512
*Fax:* 213.629.0266

**Sacramento Program Office**
1512 4th Street
Sacramento, CA 95814
*Tel:* 916.444.3031
*Fax:* 916.444.7207

**San Antonio Regional Office**
110 Broadway
Suite 300
San Antonio, TX 78205
*TEL:* 210.224.5476
*Fax:* 210.224.5382

**Washington, D.C. Regional Office**
1016 16th Street, NW
Suite 100
Washington, DC 20036
*Tel:* 202.293.2828

September 24, 2021

**VIA EMAIL**

Arjun P. Rao
Stroock & Stroock & Lavan LLP
arao@stroock.com
lacalendar@stroock.com

Arjun:

I am writing to let you know that on September 16, Iliana Perez submitted a letter to Discover Bank at the Salt Lake City address listed on her loan application requesting to opt out of the arbitration agreement contained in her application. Both parties agree that the language "You may reject this Section V (ARBITRATION OF DISPUTES) but only if we receive a written notice of rejection within 30 days after consummation of your loan" indicates that the opt-out period for Ms. Perez remains open since her loan was never consummated. Accordingly, Plaintiffs request that Discover Bank honor Ms. Perez's opt-out letter. Please send Discover's determination directly to Ms. Perez and to my office by October 8, two weeks from today.

I am happy to discuss anything by phone. However, please note that I will be out of the office from September 27 through October 4, returning on October 5.

Sincerely,

/s/Deylin Thrift-Viveros
Deylin Thrift-Viveros
Staff Attorney
Mexican American Legal Defense and Educational Fund
634 S. Spring Street, 11th Floor
Los Angeles, CA 90014

CC: Ossai Miazad, Outten & Golden LLP
Mikael Rojas, Outten & Golden LLP