# Exhibit F

| | |
|---|---|
| **From:** | Rao, Arjun P |
| **To:** | Deylin Thrift-Viveros; Strickland, Julia B.; Moon, David W.; Fesharaki, Ali |
| **Cc:** | Miazad, Ossai; Rojas, Mikael; Belinda Escobosa |
| **Subject:** | RE: Perez v. Discover Bank |
| **Date:** | Wednesday, October 13, 2021 6:22:09 PM |

**Discover does not have a record of receiving the opt-out at the required address. Putting aside any delay there may be in delivery or processing, based on your communication that Ms. Perez is contemplating a motion for reconsideration, Discover does not agree that any such opt-out would permit Ms. Perez to litigate these already-pending claims against Discover in court as opposed to an individual arbitration as ordered by Judge Illston. Thank you.**

**Arjun Rao**
Partner

**STROOCK**

2029 Century Park East, 18th Floor
Los Angeles, CA 90067
D: 310.556.5822

---

**From:** Deylin Thrift-Viveros <Dthrift-viveros@MALDEF.org>
**Sent:** Tuesday, October 12, 2021 11:55 AM
**To:** Rao, Arjun P <arao@stroock.com>
**Cc:** om@outtengolden.com; mrojas@outtengolden.com; Belinda Escobosa <Bescobosa@MALDEF.org>
**Subject:** [EXTERNAL] RE: Perez v. Discover Bank

Hi Arjun,

I Just wanted to let you know that Plaintiffs plan on filing a Motion for Reconsideration in light of Iliana Perez's September 16 letter to Discover Bank requesting to be opted out of the arbitration agreement contained in her application. We've given Discover almost a month to respond to her letter, and we'll need to file soon as we're required to show reasonable diligence for this kind of motion. Please let us know by noon tomorrow, Wednesday the 13th, if Discover intends to honor Iliana's request. If Discover doesn't have a response by then, we'll proceed with the motion.

Thanks,

Deylin

---

**From:** Rao, Arjun P [mailto:arao@stroock.com]
**Sent:** Saturday, October 9, 2021 6:43 AM

**To:** Deylin Thrift-Viveros
**Subject:** RE: Perez v. Discover Bank

Haven't heard from the client but will follow up.  Thanks.


**Arjun Rao**
Partner

**STROOCK**

2029 Century Park East, 18th Floor
Los Angeles, CA 90067
D: 310.556.5822

---

**From:** Deylin Thrift-Viveros <Dthrift-viveros@MALDEF.org>
**Sent:** Friday, October 8, 2021 4:49 PM
**To:** Rao, Arjun P <arao@stroock.com>
**Subject:** [EXTERNAL] Re: Perez v. Discover Bank


Hi Arjun, just following up on this. Does Discover plan on responding to Iliana Perez's opt out request?


Thanks,


Deylin Thrift-Viveros

---

**From:** Deylin Thrift-Viveros
**Sent:** Friday, September 24, 2021 4:30 PM
**To:** Rao, Arjun P (arao@stroock.com); lacalendar@stroock.com
**Cc:** mrojas@outtengolden.com; om@outtengolden.com
**Subject:** Perez v. Discover Bank

Hi Arjun, I hope you are doing well.

Please see the attached correspondence.

Thanks,
Deylin

**Deylin Thrift-Viveros**
**Staff Attorney**



634 S Spring Street, 11th Floor
Los Angeles, CA  90014
(213) 629-2512 x121 - voice
(213) 623-7327 - fax

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.