Thomas A. Saenz (SBN 159430)
Deylin O. Thrift-Viveros (SBN 306873)
MEXICAN AMERICAN LEGAL
DEFENSE AND EDUCATIONAL FUND
634 S. Spring Street, 11th Floor
Los Angeles, CA 90014
Telephone: (213) 629-2512
Facsimile: (213) 629-0266
Email: tsaenz@maldef.org; dthrift-viveros@maldef.org

Ossai Miazad (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
om@outtengolden.com

Mikael Rojas (SBN 309626)
OUTTEN & GOLDEN LLP
601 Mass. Ave. NW, Suite 200W
Washington, D.C. 20001
Telephone: (202) 847-4400
Facsimile: (646) 509-2008
mrojas@outtengolden.com

*Attorneys for Plaintiffs and the Plaintiff Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ILIANA PEREZ, an individual, FLAVIO GUZMAN MAGAÑA, an individual, and JOSUE JIMENEZ MAGAÑA, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DISCOVER BANK, a Delaware corporation,<br>Defendant. | Case No. 3:20-cv-06896-SI<br><br>**STIPULATION AND [PROPOSED] ORDER FOR MODIFIED BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION FOR PARTIAL RECONSIDERATION**<br><br>Judge: Susan Illston<br>Hearing Date: December 3, 2021<br>Time: 10:00 a.m. |

-3-

Plaintiffs Iliana Perez, Flavio Guzman Magaña and Josue Jimenez Magaña ("Plaintiffs") and Defendant Discover Bank ("Discover" and together with Plaintiffs, the "Parties"), by and through their respective counsel of record, stipulate as follows:

WHEREAS, on October 14, 2021, Plaintiff Iliana Perez ("Plaintiff Perez") filed her Motion for Leave to File a Motion for Partial Reconsideration (ECF No. 55) (the "Motion");

WHEREAS, at the time of filing, Plaintiff requested a hearing for November 19, 2021, which was rescheduled by this Court to December 3, 2021 (ECF No. 58);

WHEREAS, pursuant to this Court's Notice Setting Briefing Schedule and Hearing (ECF No. 58), Plaintiff Perez's Reply Brief is due by November 12, 2021;

WHEREAS, to permit Plaintiff Perez additional time to adequately brief the issues raised by the Motion and Opposition and to account for various absences of Plaintiffs' counsel during the week of November 8, 2021, the Parties have agreed to modify the briefing schedule; and

WHEREAS, this Stipulation is made in good faith and will not impact any other deadlines set by this Court.

IT IS HEREBY STIPULATED, by and between Plaintiffs and Discover, that the following schedule apply:

Plaintiff Perez's deadline to file her Reply in Support of her Motion for Partial Reconsideration is November 19, 2021.

Dated: November 9, 2021                /s/ Deylin Thrift-Viveros_____
                                       MEXICAN AMERICAN LEGAL
                                       DEFENSE AND EDUCATIONAL FUND
                                       Deylin O. Thrift-Viveros
                                       Thomas A. Saenz

|  |  |
|---|---|
|  | OUTTEN & GOLDEN LLP<br>Ossai Miazad (admitted *pro hac vice*)<br>Mikael Rojas<br><br>*Attorneys for Plaintiffs and the Plaintiff Class* |
| Dated: November 9, 2021 | /s/Arjun P. Rao<br>STROOCK & STROOCK & LAVAN LLP<br>Julia B. Strickland<br>Arjun P. Rao<br>Ali Fesharaki<br><br>*Attorneys for Defendant* |

-3-

**ECF SIGNATURE CERTIFICATION**

Pursuant to Local Rule 5-1(i)(3), I hereby certify that the content of this document is acceptable to Arjun Rao, counsel for Discover Bank, and that I have obtained Mr. Rao's authorization to affix his electronic signature to this document.

Dated:  November 9, 2021        By:        /s/
                                      Deylin Thrift-Viveros

Case No. 3:20-cv-06896-SI

STIPULATION FOR MODIFIED BRIEFING
SCHEDULE ON PLAINTIFF'S MOTION FOR
PARTIAL RECONSIDERATION

-3-

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2021, a copy of the foregoing **STIPULATION AND [PROPOSED] ORDER FOR MODIFIED BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR RECONSIDERATION** was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's EM/ECF System.

                                                              /s/
                                          Deylin Thrift-Viveros

**[PROPOSED] ORDER**

Based on the above Stipulation for Modified Briefing Schedule on Plaintiff's Motion to for Partial Reconsideration and otherwise being fully informed,

IT IS HEREBY ORDERED THAT:

    1.    Plaintiff's deadline to file their Reply in Support of their Motion for Partial Reconsideration is November 19, 2021.

IT SO ORDERED this <u>10</u> day of <u>November</u> 2021.

_____
THE HON. SUSAN ILLSTON
U.S. DISTRICT COURT JUDGE