UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILIANA PEREZ, et al., <br><br>  Plaintiffs, <br><br> v. <br><br> DISCOVER BANK, <br><br>  Defendant. | Case No. 20-cv-06896-SI <br><br> **ORDER ON PENDING MOTIONS** <br><br> Re: Dkt. Nos. 55, 57 |

On December 3, 2021, the Court held a hearing on plaintiff's motion for leave to file a motion for partial reconsideration, Dkt. No. 55, and defendant's motion to strike class action allegations in the first amended complaint. Dkt. No. 57. Upon careful consideration of the parties' paper submissions and the arguments raised at the hearing, the Court hereby GRANTS plaintiff's motion and DENIES defendant's motion.

**IT IS SO ORDERED**.

Dated: December 7, 2021

SUSAN ILLSTON
United States District Judge