UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** September 20, 2024 | **Time:** 10:13 – 10:30 17 Minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.:** 20-cv-06896-SI | **Case Name:** Perez, et al. v. Discover Bank | |

**Attorney for Plaintiff:** Ossai Miazad, Adam Koshkin, Ernest Herrera
**Attorney for Defendant:** Julia Strickland

**Deputy Clerk:** Esther Chung          **Court Reporter:** Kendra Steppler

## PROCEEDINGS

Motion for Final Approval of Class Action Settlement and Service Award (Dkt 146)
Motion for Attorneys' Fees and Costs (Dkt. 126) – Held via Zoom webinar.

## SUMMARY

The Court provided its tentative ruling to grant final approval. Plaintiffs' counsel updated the Court on the final numbers concerning class members.

Counsel presented oral arguments and rebuttals concerning the attorneys' fees and costs.

The Motions were taken under submission.